PROB 12B
(7/93)

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2015

SEAN F. McAVOY, CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Shannon M. Brollier | Case Number: 2:10CR00157-FVS-1 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: June 13, 2011 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Possess with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 846 | Date Supervision Commenced: March 1, 2013 |
| Original Sentence: Prison - 36 months<br>TSR - 60 months | Date Supervision Expires: February 28, 2018 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On January 14, 2015, while conducting a random home check, United States probation officer (USPO) Hanson, and the undersigned officer learned that Ms. Brollier was no longer staying at her listed residence, and had been living with her boyfriend since approximately November 2014. The undersigned officer placed a phone call to Ms. Brollier directing her to report to the U.S. Probation Office. On January 16, 2014, Mr. Brollier reported as directed to address her current violations. She then provided a urine sample that tested positive for opiates and amphetamines. Ms. Brollier admitted to using heroin approximately four times between January 2 and January 14, 2015. She also admitted to attempting to adulterate the urine sample. Ms. Brollier apologized for her use, and for not residing at her listed address. She stated that she had not moved her belongings, and therefore indicated she was still technically living with her mother. Ms. Brollier stated that she was only staying with her boyfriend temporarily to assist him with transportation to and from work in Deer Park, Washington. Ms. Brollier was verbally reprimanded for her use and for failing to notify the undersigned officer of her change of residence.

The undersigned officer questioned Ms. Brollier on what she thought she needed from probation to assist her in her recovery, and she stated that she struggles with depression, which she believes is at least partly responsible for her use. Ms. Brollier stated that she thought mental health and chemical dependency counseling would help her in her recovery. The undersigned officer directed Ms. Brollier to schedule a chemical dependency assessment and placed her back to random urinalysis testing at the rate of three times per month. Ms. Brollier was directed to re-familiarize herself with her conditions, and notified that she is responsible for knowing them. She stated that she understood and

Prob 12B
**Re: Brollier, Shannon M.**
**January 22, 2015**
**Page 2**

would do so.  Ms. Brollier was also directed to reside at the address that she provided the U.S. Probation Office as her primary residence, and she confirmed that she would not reside anywhere else unless the proper steps were taken to request a change of residence.  Ms. Brollier thanked the undersigned officer for his actions, and stated that she both wanted and needed the help in her recovery.

In an attempt to provide federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Based on the above-noted information, Ms. Brollier was asked whether she would waive her right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Ms. Brollier has agreed to the proposed modification.
.

|  |  | Respectfully submitted, |
|---|---|---|
| by | s/ Chris Heinen | |

Chris Heinen
U.S. Probation Officer
Date:  January 22, 2015

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

January 23, 2015

Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: /s/ Chris Heinen  
       Chris Heinen  
       U.S. Probation Officer

Signed: Shannon M. Brollier  
       Shannon M. Brollier  
       Probationer or Supervised Releasee

1/16/15  
Date